413 A.2d 1113

Commonwealth v. Randle, Appellant.

Argued March 12, 1979. J. Christian Ness, for appellant. John C. Uhler, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Order affirmed.